**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **PATRICK NEWTON GREEN** | **CIV. ACTION NO. 5:20-01528 SEC P.** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **CITY OF SHREVEPORT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [Record Document 78], filed by Defendants Jeffrey Bordelon and LeAnn Hodges a/k/a "Detective Bordelon" and "Detective Hodges," is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Plaintiff Patrick Green's remaining federal law claims for unlawful search and false/unlawful arrest under 42 U.S.C. § 1983 against said Defendants, and those claims are hereby **DISMISSED WITH PREJUDICE**, at Plaintiff's cost. *See* FED. R. CIV. P. 56; FED. R. CIV. P. 54(d)(1); 28 U.S.C. § 1920, and LR 54.3. Defendants' motion for summary judgment [Record Document 78] otherwise is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by Plaintiff Patrick Green [Record Document 72] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining state law negligence claim(s) are **DISMISSED WITHOUT PREJUDICE**. 28 U.S.C. § 1367(c). The case is closed.

**THUS DONE AND SIGNED** this 27th day of March, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE